**No. 11-6521. Assem A. Abulkhair, Petitioner v. Menelaos Toskos, et al.**

565 U.S. 1176, 132 S. Ct. 1161, 181 L. Ed. 2d 1015, 2012 U.S. LEXIS 1035.

January 23, 2012. Motion of petitioner

for reconsideration of order denying leave to proceed in forma pauperis denied.